NVB 4002 (Rev. 7/16)

RECEIVED
AND FILED

2017 AUG 8 AM 11 10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NVB 4002 Rev (7/16)

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

Retina Hines

Debtor.

BK- *17 - 12313 - BTB*

Chapter: *7*

Trustee:

**CHANGE OF ADDRESS OF:**
**(X) DEBTOR**
**( ) CREDITOR**
**( ) OTHER**

I request that notice be sent to the following address: (please print)

Retina Hines

Name

Address

2500 Karen Ave. #272

Los Vegas NV 89121

City        State        Zip Code

Please check the applicable boxes:

☐ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____ .

☐   Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account

number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices.)

Debtor's DeBN account number _____

Joint Debtor's DeBN account number _____

DATE: _8 · 8 · 17_                                    _Litina Hinas_
                                                     SIGNATURE

**NOTE**: Please submit an original and one copy for the record.